**DISMISSED; and Opinion Filed June 15, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00016-CV

### JAMES DAVID HORTON AND ROBBIE LESA HORTON, Appellants
### V.
### KIMBERLY STOVALL, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-11551**

## MEMORANDUM OPINION
Before Justices Bridges, Lang and Schenck
Opinion by Justice Schenck

James David Horton and Robbie Lesa Horton appeal the trial court's order granting Kimberly Stovall's motion to dismiss the claims against her pursuant to Chapter 27 of the Texas Civil Practice and Remedies Code, which is known as the Texas Citizens Participation Act (TCPA). The Hortons argue this Court has jurisdiction over this interlocutory appeal. We conclude that we do not have jurisdiction and dismiss this interlocutory appeal. The law is well-settled in this matter, therefore we issue this memorandum opinion. *See* TEX. R. CIV. P. 47.1.

This appeal involves the same facts and legal arguments as *Horton v. Martin*, No. 05-15-00015-CV. The appeals have the same reporter's record and any differences in the clerk's records are not material to our resolution of the appeals. We issued today a full opinion in *Horton v. Martin*, No. 05-15-00015-CV, addressing all jurisdictional arguments raised by the Hortons, Susan Mason Martin, Kimberly Stovall, and Brooke Daves. For the reasons explained

in that case, we conclude this Court does not have jurisdiction over this interlocutory appeal. The appeal is dismissed for want of jurisdiction. *See* TEX. R. APP. P. 43.2(f).

/David J. Schenck/
DAVID J. SCHENCK
JUSTICE

150016F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JAMES DAVID HORTON AND ROBBIE
LESA HORTON, Appellants

No. 05-15-00016-CV          V.

KIMBERLY STOVALL, Appellee

On Appeal from the 44th Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-11551.
Opinion delivered by Justice Schenck.
Justices Bridges and Lang participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee KIMBERLY STOVALL recover her costs of this appeal from appellants JAMES DAVID HORTON AND ROBBIE LESA HORTON.

Judgment entered this 15th day of June, 2015.